**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE: § 
§ Case No.   24-11710-JDL
Marla Dean Pearce §
§ Chapter 13
Debtor. §

**AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**
**ANSWER ON TRUSTEE'S MOTION TO DISMISS**
**NOTICE OF OPPORTUNITY FOR HEARING**
**REQUEST FOR ATTORNEY COMPENSATION**

---

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objective to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney, and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

   The 21day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).

---

1.    Debtor  commenced this case on 06/21/2024, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.    Debtor has had a series of events which have prevented her from making full payments, so she has fallen behind. Specifically, she had a water main break at her home, which required funds to repair, she was off work with shingles, and had vehicle repairs.

3.    The Trustee filed a Motion to Dismiss for Failure to Make Payments 04/29/2026 (Document #23).

4.    This will resolve the Trustee's Motion to Dismiss.

5.      Debtor asks to increase her payment to $4,200 per month.

6.      Debtor asks to be considered current through May, 2026.

7.      Counsel for Debtor asks the court to approve an attorney's fee of $750.00 for the filing of this Modification, and preparation of the resultant Order, to be paid according to the Court's guidelines.

WHEREFORE,  Debtor asks for an Order Modifying the Chapter 13 Confirmed Plan herein., consistent with the requests in this Motion to Modify.

Submitted by:                                    /s/ Timothy L. Wallace
                                                 Timothy L. Wallace, OBA #18889
                                                 Wallace Law Firm, P.C.
                                                 1112 SW 59th Street
                                                 Oklahoma City, Oklahoma 73109
                                                 Telephone (405) 688-4444
                                                 Fax (405) 622-5650
                                                 lawcenter@lawcenter.us
                                                 Attorney for Debtor

### CERTIFICATE OF SERVICE

A separate Certificate of Service will be filed.

                                                 /S/ Timothy L. Wallace
                                                 Timothy L. Wallace